UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**FILED**

UNITED STATES OF AMERICA

v.

MICHAEL JANN

2010 JAN 13 PM 3: 46

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

CASE NO. 2:10-cr-

21: 841(a)(1)
21: 841(b)(1)(C)

2:10-cr-1-FtM-29SPC

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about April 27, 2009, in Lee County, in the Middle District of Florida, the defendant,

**Michael Jann,**

did knowingly and willfully possess with intent to distribute, a quantity of a mixture or substance containing a detectable amount of 1-Benzylpiperazine, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section(s) 841(a)(1) and 841(b)(1)(C).

Dated: 1/13/10

A TRUE BILL,

_____
Foreperson

A. BRIAN ALBRITTON
United States Attorney

By: _____
Tama Koss Caldarone
Assistant United States Attorney
Trial Counsel

By: _____
Douglas Molloy
Assistant United States Attorney
Chief, Fort Myers Division

**SCANNED**

FORM OBD-34
APR 1991

No. 

# UNITED STATES DISTRICT COURT

Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

MICHAEL JANN

## INDICTMENT

Violations:

A true bill,

_____
Foreperson

Filed in open court this 13th day

of January, A.D. 2010.

_____
Clerk

Bail $ _____

GPO 863 525