UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:10-cr-1-FtM-29SPC

MICHAEL JANN

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 42) entered April 28, 2010, to which the parties have waived the 14 day objection period, the plea of guilty of the defendant is now accepted and the defendant is adjudged guilty of Count One of the Indictment.

Sentencing is scheduled for July 26, 2010 at 1:30 p.m. before the undersigned.

**DONE and ORDERED** at Fort Myers, Florida, this 29th day of April, 2010.

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record