**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS, FLORIDA**

**UNITED STATES OF AMERICA,**

v.                                                                    CASE NO. 2:10-CR-1-FTM-29SPC

**MICHAEL JANN**

### UNOPPOSED MOTION TO CONTINUE SENTENCING DATE

COMES NOW, the Defendant, Michael Jann, by and through his undersigned counsel, files this Unopposed Motion to Continue Sentencing Date and would allege:

1. The defendant's sentencing is currently set for August 2, 2010.

2. The undersigned has spoke with the Assistant United States Attorney, Douglas Molloy for Tama Koss Calderone, about the purpose of this motion and the Government has no objections to the granting of this motion.

3. The defendant is charged with possession with intent to sell Ecstasy. In the initial Presentence Report received by the defendant, the defendant was not scored for criminal history points from Michigan, as probation had not received the records. The undersigned has just received an amended Presentence Report that changes the sentencing parameters. This alters the approach the defendant has taken to his sentencing hearing and would request a continuance of several weeks to allow

investigation into the new Michigan convictions.

4. The undersigned is currently involved in the investigation of mitigation factors to present before this Honorable Court at the time of the defendant's sentencing.

5. These factors consist of psychological and family background information, as well as other potential reasons for departures. New factors have also come to the undersigned's attention on today's date that must be investigated and could have a significant impact on the defendants sentencing range.

6. It has become evident to the undersigned that given the age of some of the needed records and documents, as well as the follow-up of other aspects of the defendant's mitigation investigation, that additional time would be needed in order to present a fuller picture of the defendant's mental, emotional, family background, as well as other factors to be considered by this Court at Sentencing.

7. The defendant believes an extension of two weeks will be sufficient for the purposes required to obtain all the documents and evaluations, as well as to investigate these factors.

WHEREFORE, the defendant moves this Court to grant this defendant's Unopposed Motion to Continue Sentencing Date for an additional one week or more.

Respectfully submitted,

DONNA LEE ELM
FEDERAL DEFENDER


By: /s/Frank W. Zaremba
Frank W. Zaremba
Assistant Federal Defender
Florida Bar No. #0277371
1514 Broadway, Suite 301
Fort Myers, Florida 33901
Telephone: (239) 334-0397
Fax: (239) 334-4109
Frank_Zaremba@fd.org


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of July, 2010, the foregoing motion was electronically filed with the Clerk of Court, and a copy will be sent electronically to, Tama Koss Calderone, Assistant United States Attorney.


/s/Frank W. Zaremba
Frank W. Zaremba
Assistant Federal Defender