# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-                                          Case No.:  2:10-cr-1-FtM-29SPC

MICHAEL JANN

_____

## ORDER

_____This matter comes before the Court on the defendant's Unopposed Motion To Continue Sentencing Date (Doc. #45) filed on July 27, 2010.   Finding good cause, and there being no objection by the government, the Court will grant the motion.

Accordingly, it is now

**ORDERED:**

Defendant's Unopposed Motion To Continue Sentencing Date (Doc. #45) is **GRANTED**. Sentencing in this matter is continued to *August 23, 2010 at 10:00 a.m.*

**DONE AND ORDERED** at Fort Myers, Florida, this 28th day of July, 2010.

JOHN E. STEELE
United States District Judge

Copies: All Parties of Record